# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBI STEVENS,<br><br>         Plaintiff<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No: 2:14-cv-01991 MRW<br><br>**JUDGMENT** |

Having approved the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: September 17, 2014

THE HONORABLE MICHAEL R. WILNER
United States Magistrate Judge

-1-