1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
      1420 E. Cooley Dr., Suite 100
3     Colton, California 92324
4     Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
5     E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 DEBI STEVENS,                                )   No.  CV 14 - 01991 MRW
11                                              )
12     Plaintiff,                               )   ORDER AWARDING EAJA FEES
                                                )
13     v.                                       )
                                                )
14                                              )
15 CAROLYN W. COLVIN,                           )
   Commissioner Of Social Security,             )
16                                              )
17     Defendant.                               )

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20 THOUSAND EITH HUNDRED EIGHTY TWO DOLLARS AND 85/100 ($1,882.85)
21 subject to the terms of the Stipulation.
22
23     DATE:  October 16, 2014       _____
24
25                                   HON. MICHAEL R. WILNER
                                     UNITED STATES MAGISTRATE JUDGE